UNITED STATES DISTRICT COURT
IN THE DISTRICT OF IDAHO

| | |
|---|---|
| A. RICHARD ("RICK") WHITE,<br><br>           Plaintiff,<br>v.<br><br>POCATELLO HOSPITAL, LLC d/b/a<br>PORTNEUF MEDICAL CENTER; LHP<br>POCATELLO, LLC,<br><br>           Defendants. | Case No. 4:18-cv-00125-DCN<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Based upon the Stipulation of Dismissal filed by the parties in the instant case (Dkt. 33),

IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE and CLOSED.

2. Each party will bear their own costs and attorney's fees.

DATED: November 5, 2019

_____
David C. Nye
Chief U.S. District Court Judge